NANCY O. DIX (Bar No. 129150)
Nancy.Dix@dlapiper.com
CHRISTINA D. YATES (Bar No. 201748)
Christina.Yates@dlapiper.com
DLA PIPER LLP (US)
401 B Street, Suite 1700
San Diego, CA 92101-4297

Tel:   (619) 699-2700
Fax:   (619) 699-2701

Attorneys for Plaintiff
CATALINA RESTAURANT GROUP

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| Carrows Restaurants, Inc., | CASE NO.  8:14-cv-01822 |
|---|---|
| Plaintiff, | **COMPLAINT FOR:** |
| v. | **FEDERAL TRADEMARK INFRINGEMENT (15 U.S.C. § 1114(1))** |
| CARL'S JR. RESTAURANTS LLC, and DOES 1 to 10, inclusive, | **FEDERAL UNFAIR COMPETITION; FALSE DESIGNATION OF ORIGIN (15 U.S.C. § 1125(A))** |
| Defendants. | **STATUTORY UNFAIR COMPETITION (CAL. BUS.  & PROF. CODE §17200 ET SEQ.;** |
| | **COMMON LAW TRADEMARK INFRINGEMENT & UNFAIR COMPETITION** |
| | **DEMAND FOR TRIAL BY JURY** |

**INTRODUCTION**

1.     This is an action for trademark infringement and unfair competition under the Lanham Act; unfair competition under the California statute; and trademark infringement and unfair competition under the California common law.

2.     Plaintiff, Carrows Restaurants, Inc., is seeking a permanent injunction, damages, profits, treble damages or profits, attorneys' fees and costs.  Plaintiff, appearing through its undersigned counsel, alleges as follows:

**PARTIES**

3.     Carrows Restaurants, Inc., is a California corporation, and a subsidiary of Catalina Restaurant Group, Inc., is located at 2200 Faraday Avenue, Suite 250, Carlsbad, California, 92008.  Catalina Restaurant Group, Inc. owns and operates Carrows (together "Carrows" or "Plaintiff"), which is a chain of casual, family dining restaurants that owns several federal trademark registrations, including one for the mark MILE HIGH, which Plaintiff uses with sandwiches, including hamburgers, garden burgers, and the like.

4.     On information and belief, Defendant Carl's Jr. Restaurants LLC ("Carl's" or "Defendant") is a Delaware limited liability company with a place of business at 1325 North Anaheim Blvd., Anaheim, California, 92801, and is registered to do business in California.

5.     Defendant operates a chain of restaurants and recently began using the mark MILE HIGH with sandwiches, including hamburgers.  Defendant also owns several federal trademark registrations, but notably, not one for MILE HIGH.

**JURISDICTION AND VENUE**

6.     This is claim for damages and injunctive relief for trademark infringement and unfair competition under the Lanham Act, 15 U.S.C. § 51, et seq., unfair competition under California Business & Professions Code § 17200 et seq., and (d) trademark infringement and unfair competition arising under the common law of the State of California.

7.      This Court has subject matter jurisdiction pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a) and (b), and 1367(a).

8.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391(b) and (c) because Defendant is located within this judicial district, transacts business within this district and the acts complained of herein that have caused and are continuing to cause injury to Plaintiff have occurred and are continuing to occur within this district.

## ALLEGATIONS APPLICABLE TO ALL CLAIMS FOR RELIEF
## PLAINTIFF'S VALUABLE RIGHTS

9.      Plaintiff owns and operates fifty-three (53) Carrows Restaurants, and oversees two (2) Carrows franchises in California, Nevada, and Arizona.

10.     Plaintiff has operated Carrows Restaurants, and its predecessor, Carrows Hickory Chip Restaurant, since 1970.  Carrows Restaurants and Carrows Hickory Chip Restaurants are family restaurants.  Indeed, on its Facebook page, Plaintiff describes its restaurants as "Good for Kids" and states that "It was 1970 when Carrows opened its first restaurant in Santa Clara, California. Since then Carrows has become that 'restaurant around the corner' that prepares great-tasting American favorites at a great value."

11.     In January of 1997, Plaintiff introduced MILE HIGH sandwiches, including burgers, among other MILE HIGH menu entrees.

12.     Plaintiff has continuously used MILE HIGH in connection with sandwiches, including burgers, since January of 1997.

13.     Plaintiff owns a federal trademark registration for MILE HIGH (Reg. No. 2,261,211), for use in connection with "sandwiches, pot pies, pancakes and pies for consumption on or off the premises" in International Class 30.

14.     A true and correct copy of the Certificate of Registration for Plaintiff's MILE HIGH mark is attached hereto as **Exhibit 1**.

15.     Plaintiff's federal trademark registration for MILE HIGH referenced

DLA PIPER LLP (US)
SAN DIEGO

WEST\251546013.3

1   above and attached hereto as Exhibit 1 is valid and incontestable under Section 15 of

2   the Lanham Act, 15 U.S.C. § 1065, and is therefore conclusive evidence of the

3   validity and registration of the MILE HIGH mark, and of Plaintiff's exclusive right

4   to use the registered mark in commerce under Lanham Act, 15 U.S.C. § 1115.

5      16.   As a result of Plaintiff's long time and continuous use of Plaintiff's

6   MILE HIGH mark, Plaintiff has developed extensive and invaluable goodwill in its

7   MILE HIGH mark, and it is an asset with significant value to Plaintiff.  Consumers

8   associate Plaintiff's MILE HIGH mark with goods of high quality.

9      17.   Indeed, Plaintiff's current menu includes several MILE HIGH burgers,

10  such as the Mile High Cheeseburger, the Mile High Santa Barbara Burger, and the

11  Mile High Veggie Avocado Gardenburger (see below, and **Exhibit 2**):

12
13
14
15
16
17

**Cheeseburger $8.49**
Two ¼ lb all-beef patties with grilled onions, lettuce,
Cheddar cheese, tomato, pickles and Thousand Island
dressing. (cal. 1030-1470)
*Hamburguesa con Queso*

18      18.   Plaintiff's menu, including its several MILE HIGH offerings, is

19  available on its website, www.carrows.com.

20      19.   Plaintiff also promotes its MILE HIGH offerings by way of posters.

21
22
23
24   
25
26
27
28

1    And menu fliers:





23    20.    Plaintiff has actively and consistently policed Plaintiff's MILE HIGH

24    mark, by demanding that third party users of similar marks cease and desist such

25    use and by pursuing legal remedies where necessary.

26                    **DEFENDANT'S INFRINGING CONDUCT**

27    21.    On information and belief, Defendant operates Carl's Jr. restaurants in,

28    among other places, California, Nevada, and Arizona.

22.  Defendant sells, among other items, sandwiches, including burgers, at its Carl's Jr. restaurants.

23.  Notwithstanding Plaintiff's exclusive and long-standing rights in the MILE HIGH mark, Defendant recently adopted and began using the identical mark in connection with identical goods.

24.  Defendant is currently promoting and selling a "Mile High" bacon cheeseburger.

25.  Defendant is promoting these goods in a variety of ways:

   a.  Over the Internet on its Facebook page

 

   b.  On its website



DLA PIPER LLP (US)
SAN DIEGO

WEST\251546013.3

CASE NO. 8:14-CV-01822
COMPLAINT

     c.    In print coupons



     e.    In radio advertisements; and

     f.    In television advertisements, which are also uploaded to YouTube to be replayed by consumers at their will.




     (See also **Exhibit 3**.)

     26.    The nature of many of these advertisements is provocative, arguably salacious. For example, the above television commercial advertisement is entitled, "Sexiest Attendant."

     27.    On information and belief, Plaintiff and Defendant use at least some of the same marketing channels to market their goods and sell their goods to the same consumers. As such, Plaintiff and Defendant are direct competitors.

     28.    As a result of Defendant's wrongful activities, consumers have been misled, will continue to be misled, and Plaintiff has suffered and continues to suffer

irreparable harm and economic injury.

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement Under the Lanham Act

### 15 U.S.C. § 1114)

29.     Plaintiff repeats, realleges, and incorporates by reference the allegations set forth in Paragraphs 1 through 36 as though fully set forth herein.

30.     Defendant adopted and is using the identical mark MILE HIGH in connection with sandwiches, including burgers, and is advertising and promoting to the general public its goods in connection with the MILE HIGH mark.

31.     Defendant uses the MILE HIGH mark in connection with identical goods.

32.     Defendant's use of the MILE HIGH mark is identical and confusingly similar to Plaintiff's use of the MILE HIGH mark.

33.     As a direct consequence of Defendant's actions, consumers are likely to be, and have been, deceived or confused as to the source, origin, sponsorship and/or endorsement of Defendant's goods and their relationship to Plaintiff and Plaintiff's goods.

34.     Defendant has not been authorized by Plaintiff to use its MILE HIGH mark in any way, or in connection with any goods. Plaintiff has no control over the quality of Defendant's goods. Thus, the value of the MILE HIGH mark is subject to damage by an entity it cannot control.

35.     Defendant's unlawful acts constitute trademark infringement in violation of the Lanham Act, 15 U.S.C. § 1114.

36.     On information and belief, Defendant has derived unlawful gains and profits from its infringing use of Plaintiff's MILE HIGH mark.

37.     By reason of Defendant's unlawful acts and practices in violation of the Lanham Act, Plaintiffs have suffered, and will continue to suffer, damage to their reputation and goodwill, including damage to Plaintiff's reputation as a

wholesome, home-style restaurant, for which Plaintiff is entitled to injunctive, monetary and other relief, and will continue to suffer irreparable harm which is not fully compensable by money damages.

38.    Unless enjoined by this Court from doing so, Defendant will continue to engage in its acts of infringement, to the irreparable damage and injury of Plaintiff.

39.    On information and belief, Defendant has engaged in acts of infringement with knowledge of Plaintiff's exclusive rights in and to the MILE HIGH mark in connection with sandwiches, including burgers, and Defendant continues in such acts of intentional infringement, thus entitling Plaintiff to an award of treble its actual damages, Defendant's profits, plus attorneys' fees and costs in bringing and maintaining this action, pursuant to Section 35(b) of the Lanham Act, 15 U.S.C. § 1117(b).

## SECOND CLAIM FOR RELIEF
### (Unfair Competition and False Designation of Origin
### Under 15 U.S.C. § 1125(a))

40.    Plaintiff hereby repeats, realleges, and incorporates by reference Paragraphs 1 through 48 as though fully set forth herein.

41.    Plaintiff's use of Plaintiff's MILE HIGH mark in connection with sandwiches, including burgers, since 1977 has established in the minds of the public an association between Plaintiff's MILE HIGH mark and Plaintiff as the source of the goods.

42.    Defendant's use of the mark MILE HIGH in connection with sandwiches, including burgers, constitutes unfair competition and false designation of origin in violation of the Lanham Act, 15 U.S.C. § 1125(a).

43.    As a direct consequence of Defendant's actions, consumers are likely to be, and have been, deceived or confused into believing that the Defendant's goods are authorized by, licensed by, or otherwise associated with Plaintiff.

8

44.     On information and belief, Defendant has derived unlawful gains and profits from its infringing use of Plaintiff's MILE HIGH mark.

45.     By reason of Defendant's unlawful acts and practices in violation of the Lanham Act, Plaintiffs have suffered, and will continue to suffer, damage to their reputation and goodwill, including damage to Plaintiff's reputation as a wholesome, home-style restaurant, for which Plaintiff is entitled to injunctive, monetary and other relief, and will continue to suffer irreparable harm which is not fully compensable by money damages.

46.     Unless enjoined by this Court from doing so, Defendant will continue to engage in its acts of infringement and unfair competition, to the irreparable damage and injury of Plaintiff.

47.     On information and belief, Defendant has engaged in acts of infringement and unfair competition with knowledge of Plaintiff's exclusive rights in and to the MILE HIGH mark in connection with burgers, and Defendant continues in such acts of intentional infringement, thus entitling Plaintiff to an award of its actual damages, Defendant's profits, plus attorneys' fees and costs in bringing and maintaining this action, pursuant to Section 35(b) of the Lanham Act, 15 U.S.C. § 1117(a).

## THIRD CLAIM FOR RELIEF

### (California Statutory Unfair Competition Under

### Business & Professions Code § 17200)

48.     Plaintiff repeats, realleges, and incorporates by reference the allegations set forth in Paragraphs 1 through 57 as though fully set forth herein.

49.     Defendant's use of the MILE HIGH mark constitutes unfair competition and an unlawful business practice in violation of §17200 et seq. of the California Business and Professions Code, as such use is likely to deceive the public into believing that Defendant's goods are those of Plaintiff's, or that Defendant's goods are licensed by, sponsored by, or otherwise associated with

DLA PIPER LLP (US)
SAN DIEGO

WEST\251546013.3

1    Plaintiff, when in fact they are not.

2         50.    Plaintiff has no control over the nature and quality of the goods

3    Defendant offers in connection with the MILE HIGH mark.  The public, believing

4    Plaintiff to be the source, or believing Defendant is somehow affiliated with

5    Plaintiff, is likely to blame Plaintiff for any failure, neglect, or default of Defendant.

6         51.    Defendant's wrongful conduct is likely to deceive the consuming

7    public and to result in damage and harm to Plaintiff's reputation and goodwill,

8    including damage to Plaintiff's reputation as a wholesome, home-style restaurant,

9    all to the irreparable harm of Plaintiff and the public.

10         52.    By reason of Defendant's unlawful acts and practices, Plaintiff has

11   suffered, and will continue to suffer damage to its organization, reputation and

12   goodwill in violation of California Business and Professions Code §17200, for

13   which Plaintiff is entitled to injunctive relief and an award of damages, and will

14   continue to suffer irreparable harm which is not fully compensable by money

15   damages.

16                    **FOURTH CLAIM FOR RELIEF**

17               **(California Common Law Trademark Infringement**

18                    **and Unfair Competition)**

19         53.    Plaintiff hereby repeats, realleges, and incorporates by reference

20   Paragraphs 1 through 61 as though fully set forth herein.

21         54.    As set forth herein, Plaintiff has used the MILE HIGH mark in

22   connection with sandwiches, including burgers, since at least 1977.

23         55.    Based on its 37 years of use of the MILE HIGH mark, Plaintiff owns

24   and enjoys common law trademark rights in California and elsewhere in the United

25   States in and to the MILE HIGH mark.

26         56.    Defendant has used in commerce, without Plaintiff's permission, the

27   MILE HIGH mark that is identical to Plaintiff's mark in connection with identical

28   goods.

DLA PIPER LLP (US)
SAN DIEGO

WEST\251546013.3

10

CASE NO. 8:14-CV-01822
COMPLAINT

57.     Defendant has traded upon and misappropriated the reputation and valuable goodwill of the MILE HIGH mark in California and elsewhere in the United States, and has acted in a manner that has created, and will continue to create a likelihood of confusion and mistake as to the source of Defendant's goods. Defendant's acts are likely to lead the public to believe mistakenly that Defendant's goods are in some way associated with, or sponsored by Plaintiff, to the detriment of Plaintiff.  Defendant's activities constitute unfair competition and misappropriation of Plaintiff's goodwill.

58.     By its actions, Defendant has irreparably injured Plaintiff.  Unless permanently enjoined by this Court from doing so, Defendant will continue to engage in its acts of infringement, and Plaintiff will continue to suffer irreparable harm, including harm to its reputation as a wholesome, home-style restaurant, which is not fully compensable by money damages.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief as follows:

1.     That Defendant be adjudged to have infringed Plaintiff's MILE HIGH trademark, in violation of federal and California state law;

2.     That Defendant be adjudged to have willfully and deliberately infringed Plaintiff's MILE HIGH trademark in violation of federal and California state law;

3.     That Defendant be adjudged to have competed unfairly with Plaintiff and used a false designation of origin and/or false or misleading description of fact, and/or false or misleading representation of fact, in violation of federal and California state law;

4.     That Defendant be adjudged to have willfully and deliberately competed unfairly with Plaintiff and used a false designation of origin and/or false or misleading description of fact, and/or false or misleading representation of fact, in violation of federal and California state law;

DLA PIPER LLP (US)
SAN DIEGO
WEST\251546013.3

CASE NO. 8:14-CV-01822
COMPLAINT

5.     That Defendant, its officers, agents, employees and all persons acting or claiming to act on its behalf under its direction or authority, and all persons acting or claiming to act in concert or participation with it or any of them, be permanently enjoined and restrained from infringing Plaintiff's MILE HIGH trademark in any manner in the sale, promotion, distribution, purchase, or advertising of Defendant's products, and specifically enjoined from using the MILE HIGH trademark;

6.     That Defendant, its officers, agents, employees and all persons acting or claiming to act on its behalf under its direction or authority, and all persons acting or claiming to act in concert or participation with it or any of them, be permanently enjoined and restrained from, or engaging in acts of unfair competition with Plaintiff relating to Defendant's use of the MILE HIGH trademark;

7.     That Defendant be required to turn over and deliver up to the Court or to a Court-designated party during the pendency of this action all infringing materials in its custody and control (including records documenting the sale of all infringing goods) and turn over for destruction all promotional and advertising materials in its possession, custody or control, that if used would violate the injunctive relief granted herein;

8.     That Defendant be ordered to pay damages in the amount of its infringing profits and/or reasonable royalties, increased by the Court by such amount as the Court deems to be just, together with Plaintiff's actual damages;

9.     That Defendant be ordered to pay the costs of corrective advertising;

10.    For an award of costs and reasonable attorneys' fees; and

/////
/////
/////
/////
/////

11.    For all other relief the Court deems just and proper.

Dated:  November 14, 2014

**DLA PIPER LLP (US)**


By: s/Nancy O. Dix
    NANCY O. DIX
    CHRISTINA D. YATES
    Attorneys for Plaintiff

1

## **JURY TRIAL DEMAND**

2          Pursuant to Rule 38(a) of the Federal Rules of Civil Procedure, Plaintiff

3   demands a trial by jury of all issues triable of right by a jury.

4

5   Dated:  November 14, 2014

6                                             **DLA PIPER LLP (US)**

7

8                                             By: s/Nancy O. Dix
                                              NANCY O. DIX
9                                             CHRISTINA D. YATES
                                              Attorneys for Plaintiff

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# TABLE OF EXHIBITS

2

3                                                                    Page

4    Exhibit 1    Certificate of Registration for Plaintiff's
                  MILE HIGH mark                                       15
5
     Exhibit 2    Plaintiff's promotional materials using
6                 MILE HIGH trademark                                  18

7    Exhibit 3    Defendant's infringing use of Plaintiff's
                  MILE HIGH trademark                                  24

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DLA Piper LLP (US)
San Diego

# EXHIBIT 1

Exhibit 1 - Page 15

Int. Cl.: 30

Prior U.S. Cl.: 46

Reg. No. 2,261,211

## United States Patent and Trademark Office

Registered July 13, 1999

### TRADEMARK
### PRINCIPAL REGISTER

## MILE HIGH

CARROWS RESTAURANTS, INC. (CALIFOR-
NIA CORPORATION)
3355 MICHELSON DRIVE, SUITE 350
IRVINE, CA 92612

FOR: SANDWICHES, POT PIES, PANCAKES
AND PIES FOR CONSUMPTION ON OR OFF
THE PREMISES, IN CLASS 30 (U.S. CL. 46).

FIRST USE 1-0-1997; IN COMMERCE
1-0-1997.

SER. NO. 75-541,809, FILED 8-20-1998.

GEOFFREY FOSDICK, EXAMINING ATTOR-
NEY

Exhibit 1 - Page 16

Side - 1



## NOTICE OF ACCEPTANCE OF §8
## DECLARATION AND §9 RENEWAL
### MAILING DATE: Aug 4, 2009

The declaration and renewal application filed in connection with the registration identified below meets the requirements of Sections 8 and 9 of the Trademark Act, 15 U.S.C. §§1058 and 1059.  The declaration is accepted and renewal is granted.  The registration remains in force.

For further information about this notice, visit our website at: http://www.uspto.gov.  To review information regarding the referenced registration, go to http://tarr.uspto.gov.

**REG NUMBER:**     **2261211**
**MARK:**                 **MILE HIGH**
**OWNER:**              **Carrows Restaurants, Inc.**

Side - 2

UNITED STATES PATENT AND TRADEMARK OFFICE
COMMISSIONER FOR TRADEMARKS
P.O. BOX 1451
ALEXANDRIA, VA  22313-1451

FIRST-CLASS
MAIL
U.S POSTAGE
PAID

K. Danica Ray
DLA Piper US LLP
401 B Street, Suite 1700
San Diego, CA   92101-4297

Exhibit 1 - Page 17

# EXHIBIT 2

Exhibit 2 - Page 18



for **MILE HIGH** *appetites!*

**For more than 30 years Carrows has been the home of Mile High!**

And today you can enjoy a new variety of Mile High burgers and sandwiches. Still made with 100% all beef patties and still piled high with all your favorite sandwich and burger fillings; bacon, pastrami, turkey, fresh lettuce and tomatoes and cheese.

*Carrows - We are and always have been the home of Mile High!*

Exhibit 2 - Page 19



All You Can Eat **Soup or Salad or Fries!**

for **MILE HIGH®** appetites!

**Join us in celebrating 30 years of Mile High® at Carrows!**

**For Over 30 years Carrows has been the home of Mile High  and now we are celebrating Mile High  with all of your favorites AND new selections including 11 Sandwiches, 2 Burgers and Prime Rib!**

**All You Can Eat Soup or Salad or Fries with any Mile High® item...**
See our menu and new seasonal selections for all of our Mile High® choices. *Excludes Mile High® Chocolate Cake.*

Mile High™ 16 oz. Traditional Prime Rib

Mile High® Triple Decker

Mile High Barb Wire Burger

Exhibit 2 - Page 20



Mile High  Pancake Stack

Exhibit 2 - Page 21



All You Can Eat **MILE HIGH**® *Pancakes!*

CARROWS

MILE HIGH

### All You Can Eat Pancakes
#### plus *choice of:*

**Quarter Miler:** Two eggs*, choice of bacon, ham or sausage, along with hash browns or country potatoes. **$6.99**

**Half Miler:** Two eggs*, two meat choices; bacon, ham or sausage, along with hash browns or country potatoes. **$7.29**

**Full Miler:** Three eggs*, three meat choices; bacon, sausage or ham, along with hash browns or country potatoes. **$8.69**

**All You Can Eat Pancakes** A la carte **$4.99**

CARROWS
RESTAURANTS

Exhibit 2 - Page 22

# Burgers

*Our burgers are 100% USDA ground beef, char-broiled medium well and served on a Toasted Buttery Bun.*
*Served with a choice of French Fries or Fresh Garden Salad (cal. 70).*



*Mile High® Santa Barbara Burger*

### Mile High® American Burger $7.49
Topped with crisp lettuce, tomato, red onions, pickles and Thousand Island dressing. (cal. 740-1170)

### Mile High® Santa Barbara Burger $8.29
Topped with hickory smoked bacon, ripe avocado, fresh lettuce, tomato, red onions, pickles and Thousand Island dressing. (cal. 840-1270)

### Mile High® Cheeseburger $8.29
Two ⅓ lb. all-beef patties with grilled onions, lettuce, Cheddar cheese, tomato, pickles and Thousand Island dressing. (cal. 970-1410)



# Melts & More

*Served with a choice of French Fries, Fruit or fresh Garden Salad (cal. 70).*

### French Dip $7.99
A hearty portion of thinly sliced roast beef piled high on a toasted French roll, served with au jus for dipping. (cal. 670-1110)

### Mile High® Pot Roast Melt $8.49
Tender, slow-cooked and savory pot roast on thick grilled sourdough with Jack cheese, grilled onions and creamy horseradish sauce. (cal. 850-1280)

### Tuna Salad Croissant $8.29
Fresh made tuna salad topped with crisp lettuce, tomato and mayonnaise on a buttery, flaky croissant. (cal. 1030-1530)

### Tuna Melt $7.89
Fresh made tuna salad topped with melted Swiss cheese on sliced golden-grilled sourdough bread. (cal. 970-1400)

### Mile High® Bacon Ranch Crispy Chicken $8.29
Crispy breaded chicken breast, hickory smoked bacon, crisp lettuce and Ranch dressing. Served on a toasted buttery bun. (cal. 910-1350)

### Mile High® Barbwire BBQ Burger $8.99
Topped with crisp hickory smoked bacon, crispy onion straws, fresh lettuce, tomato, red onions, pickles and tangy BBQ sauce. (cal. 960-1380)

### Mile High® Veggie, Avocado Gardenburger $7.29
A Gardenburger patty with fresh avocado, red onions, pickles, tomato, lettuce and mustard. Served with fresh seasonal fruit. (cal. 520)

### Mile High® Chipotle Burger $7.99
Topped with crisp lettuce, fresh Pico de Gallo, Jack cheese and Chipotle sauce. (cal. 790-1220)

### Patty Melt $7.49
A juicy hamburger patty with melted Cheddar cheese and grilled onions on golden-grilled rye bread. (cal. 780-1210)



*Mile High® Pot Roast Melt*

### Mile High® Chicken Parmigiana Sandwich $8.69
Crispy breaded chicken breast, marinara sauce and melted Jack cheese on toasted Parmesan sourdough bread. (cal. 1060-1490)

### Mile High® Ultimate Bacon and Grilled Cheese $7.69
Melted Jack and Cheddar cheeses on grilled thick Parmesan sourdough. Loaded with crispy hickory smoked bacon. (cal. 950-1890)

## Carrows Original Recipes
# Soup of the Day

**Monday: Chef's Choice** Cup $2.29 Bowl $3.29
**Tuesday: Chicken & Wild Rice** Cup $2.29(cal. 110) Bowl $3.29(cal. 160)
**Wednesday: Chili Cheddar**

**Thursday: Potato Cheese** Cup $2.29(cal. 160) Bowl $3.29(cal. 250)
**Friday: Clam Chowder** Cup $2.29(cal. 190) Bowl $3.29(cal. 300)
**Saturday: Chef's Choice**

**Sunday: Vegetable** Cup $2.29(cal. 40) Bowl $3.29(cal. 90)
**Everyday: Cream of Broccoli** Cup $2.29(cal. 240) Bowl $3.29(cal. 370)

Exhibit 2 - Page 23

# EXHIBIT 3

Exhibit 3 - Page 24

www.facebook.com

Carl's Jr.

Home

Create Page

Recent
2013
2012
2011
2010
2009
1999
1998
1997
1996
1995
1977
1957
1947
1946
1942
Founded

POSTS TO PAGE

Carl's Jr.

Tomorrow, join the Mile High Club...Twice. Get 2 for 1 Mile High Bacon Thickburgers. #MondayBunday



THE MILE HIGH BACON THICKBURGER

Carl's Jr.

Like  Comment  Share

👍 142 people like this

👍 24 Shares

Top Comments ▾

🍔 purshased two Mile high bacon on Monday 10/27/2014 Store# 827 Eloy A... See More

Like  Comment          👍 2 💬 1

Why do you feel the need to use porn to sell a burger? Your commercial makes me sick to my stomach and glad I have fast forward

Like  Comment          👍 1

don't eat at the 3655 w 11th location they are slow getting food out... See More

Like  Comment

Exhibit 3 - Page 25



Exhibit 3 - Page 26



Exhibit 3 - Page 27















www.carlsjr.com

RECENT FACEBOOK POSTS

CURRENT OFFERS

$1 OFF ANY SIZE

LATEST VIDEOS

PROPOSITIONING - Mile High Bacon Thickburger

PREV NEXT

OTHER PROMOTIONS

The Six Dollar Burger® on Wheels
THIS IS ONE FOOD TRUCK YOU NEED TO HAVE FOR YOUR
NEXT PARTY, CORPORATE EVENT, OR PERFORMANCE.

We pull in. You fill up.

Carl's Jr.

BOOK THE STAR DINER ™

YOU'VE NEVER HAD
EMAILS LIKE THIS BEFORE.

SIGN UP FOR EMAILS FROM CARL'S JR. SO YOU DON'T
MISS OUT ON EXCLUSIVE OFFERS AND FREE STUFF!

Exhibit 3 - Page 28



Exhibit 3 - Page 29



Exhibit 3 - Page 30



www.carlsjr.com/men_nutritional_calculator

MENU & NUTRITION | CONTACT US | LOCATIONS | CURRENT OFFERS | SIGN UP NOW FOR EXCLUSIVE OFFERS AND EMAILS

BREAKFAST >
CHARBROILED BURGERS >
CHICKEN & MORE >
SALADS >
SIDES >
DESSERTS >
BEVERAGES >
BETTER FOR YOU OPTIONS >
GREEN BURRITO >

NUTRITIONAL DOWNLOADS
NUTRITION   ALLERGEN   INGREDIENTS

NUTRITIONAL INFO

| | ORIGINAL* |
|---|---|
| Serving Size | 302g |
| Calories | 860 |
| Calories from Fat | 480 |
| Fat | 53g |
| Saturated Fat | 19g |
| Trans Fat | 1g |
| Cholesterol | 125mg |
| Sodium | 1690mg |
| Carbohydrates | 55g |
| Dietary Fiber | 3g |
| Sugars | 12g |
| Protein | 41g |

DECLARED ALLERGENS
EGG, MILK, SOY, WHEAT

SINGLE MILE HIGH BACON CHEESEBURGER
The Single Mile High Bacon Cheeseburger with thick-cut applewood smoked bacon on a charbroiled beef patty.

MY ITEM

This beauty is delicious as-is, but you can add or remove anything you want.

RESET     + ADD TO MEAL

TOTAL     0 ITEMS     0 CAL

TOTAL MEAL NUTRITIONAL INFO:
| | | | |
|---|---|---|---|
| Calories | 0 | Protein | 0g |
| Calories from Fat | 0g | Sodium | 0mg |
| Fat | 0g | Carbohydrates | 0g |
| Saturated Fat | 0g | Dietary Fiber | 0g |
| Trans Fat | 0g | Sugars | 0g |
| Cholesterol | 0mg | | |

DONE

COMPANY INFO

*All data displayed follows the federal regulations regarding the rounding on nutritional data. Information may vary slightly from actual due to rounding of nutritional data. Variations within the nutritional values may occur due to the use of regional suppliers, seasonal influences, manufacturing tolerances, minor differences in product assembly, at the restaurant level, recipe revisions, and other factors.

Product participation may vary by location, and test products are not included. Ingredient images are for illustration purposes only. Actual products may differ. This information is current as of 9.9.2013. The information is reported for informational purposes only by Carl's Jr. Restaurants LLC. Neither CKE, its franchisees, its suppliers and or vendors, or its employees assume any responsibility for sensitivity or allergy to any food product or ingredient provided by or in our restaurants. We do not have an allergen-free cooking environment in our kitchen. All of our products are prepared in the same kitchen area. Anyone with any food sensitivity, allergies, special dietary needs, or specific dietary inquiries and or concerns should consult a medical professional of their own selection regarding the suitability of our food products and or ingredients. The Dietary Guidelines for Americans recommend limiting saturated fat to

Exhibit 3 - Page 31


